UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>CAMERON BLACKWELL,<br>    Defendant. | )<br>)<br>)<br>) CAUSE NO.  1:21-cr-00156-JMS-MJD<br>)<br>)                    -01<br>) |

**REPORT AND RECOMMENDATION**

On April 23, 2024, the Court held a status hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 22, 2023, and order granting on November 27, 2023. [Filing Nos. 84, 85.]  Defendant, Cameron Blackwell, appeared in person with his appointed counsel, Leslie Wine, Federal Community Defender.  The government appeared by Jordan Oliver, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer, Katherine Lindley.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant previously orally waived his right to a preliminary hearing.  [Filing No. 92.]

2. After being placed under oath, Defendant admitted violation numbers 1, and 2 [Filing Nos. 84, 85]  as modified.

3. Defendant admitted to probable cause for the allegations in the petition as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |
| | On October 11, 2022, Mr. Blackwell was involved in a vehicular accident, causing him serious bodily injury. On November 18, 2023, Mr. Blackwell was charged with misdemeanor counts of Operating a Vehicle While Intoxicated Endangering a Person, Operating a Vehicle with an ACE of .08 or More and Operating a Vehicle While Intoxicated under 49D20-2311-CM-032485 in Marion County, Indiana. On November 18, 2023, Mr. Blackwell was ordered released from custody. |
| 2 | **"You shall not commit another federal, state, or local crime."** |
| | On November 17, 2023, Mr. Blackwell was arrested and charged on November 18, 2023 with a misdemeanor count of Possession of Marijuana under 49D20-2311-CM-032483 in Marion County, Indiana. Mr. Blackwell was held in custody until November 21, 2023, at which time he was ordered released from custody.. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is I.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 3 to 9 months' imprisonment.

5. The government argued for a sentence of 30 days' imprisonment with no supervision to follow. Defendant's counsel argued for home detention.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 30 days' imprisonment with no supervised

release to follow. Defendant was instructed to report to Katherine Lindley, U.S. Probation Officer by 12 p.m. on April 25, 2024.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 4/24/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system